**Entered on Docket**
**July 15, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
BARRY W. FERNS, Bar No. 76381
FERNS, ADAMS & ASSOCIATES
a Professional Corporation
2815 Mitchell Drive, Suite 210
Walnut Creek, CA 94598
(925) 927-3401
bferns@fernslaw.com

Attorneys for Plaintiff
SELECT FUNDING, LLC
```

The following constitutes the order of the Court.
Signed: July 15, 2020

*M. Elaine Hammond*
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HAI VU aka HAI MYLONG VU; MAKARA VU,<br><br>    Debtors.<br>_____/<br><br>SELECT FUNDING, LLC,<br><br>    Plaintiff<br><br>  vs.<br><br>HAI VU aka HAI MYLONG VU; MAKARA VU<br><br>    Defendants<br>_____/ | CASE NO. 20-50412<br><br>ADV No. 20-05031<br><br>Chapter 11 case<br><br>JUDGMENT<br><br>Scheduling Conference<br>Date: July 20, 2020<br>Time: 10:00 a.m.<br>Place: USBC-San Jose |

    Pursuant to the Stipulation for Entry of Judgment, and good cause appearing:

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered in favor of Plaintiff SELECT FUNDING, LLC, and against Defendants HAI VU aka HAI MYLONG VU and MAKARA VU, in the sum of $134,271.35.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this debt owed to Plaintiff SELECT FUNDING, LLC is deemed to be nondischargeable under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), 523(a)(4) and 524(a)(6).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Scheduling Conference scheduled for July 20, 2020, at 10:00 a.m. is vacated.

**END OF ORDER**

COURT SERVICE LIST

Hai Vu
18690 Withey Road
Monte Sereno, CA 95030

Makara Vu
18690 Withey Road
Monte Sereno, CA 95030